No. 62. Northern Natural Gas Co. *v.* State Corporation Commission of Kansas. Appeal from the

Supreme Court of Kansas. (Probable jurisdiction noted, 370 U. S. 901.) The motion of Mid-Continent Oil & Gas Association for leave to file brief, as *amicus curiae,* is granted. MR. JUSTICE WHITE took no part in the consideration or decision of this motion. *W. W. Heard* on the motion.